# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KENDRICK DEMOND GRAY,** ) | |
| Plaintiff, ) | |
| v. ) | **CIVIL ACTION 09-0669-KD-N** |
| ) | |
| **JEFFREY HILBURN,** ) | |
| Defendant. ) | |

## JUDGMENT

In conjunction with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **28**th day of **September 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**